IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SNAPO TOYS, LLC | : | |
| Plaintiff | : | Civil Action No. 5:26-cv-07419-JFL |
| | : | |
| v. | : | |
| | : | |
| CAROL SORENSEN | : | |
| Defendant | : | |

**<u>CERTIFICATE OF NON-CONCURRENCE</u>**

I, Thad Gelsinger, hereby certify:

1. I am counsel for Plaintiff in the above captioned matter.

2. On October 15, 2026, Michael P. Eddy, Esquire, counsel for Defendant, did not concur in the attached Motion for Preliminary Injunction.

**BARLEY SNYDER LLP**

By: ______________________

Kevin A. Moore, Esquire
Attorney I.D. No. 75068
Joseph Falcon, Esquire
Attorney I.D. No. 94658
Thad M. Gelsinger, Esquire
Attorney I.D. No. 208233
2755 Century Boulevard
Wyomissing, PA 19610
610-372-3500
kmoore@barley.com
jfalcon@barley.com
tgelsinger@barley.com
*Attorneys for Plaintiff*