# CERTIFICATE OF SERVICE

A copy of the foregoing Memorandum of Law and supporting papers will be transmitted to Defendant at her known email address and to her known counsel, Michael P. Eddy, Esquire. Plaintiff is separately pursuing service of the Summons and First Amended Complaint pursuant to Fed. R. Civ. P. 4(f) and applicable international service procedures.

**BARLEY SNYDER LLP**

Date: 10/16/2026 By: ______________________

Kevin A. Moore, Esquire
Attorney I.D. No. 75068
Joseph Falcon, Esquire
Attorney I.D. No. 94658
Thad M. Gelsinger, Esquire
Attorney I.D. No. 208233
2755 Century Boulevard
Wyomissing, PA 19610
610-372-3500
kmoore@barley.com
jfalcon@barley.com
tgelsinger@barley.com
*Attorneys for Plaintiff*