IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SNAPO TOYS, LLC | : | |
| Plaintiff | : | Civil Action No. 26-cv-07419 |
| | : | |
| v. | : | |
| | : | |
| CAROL SORENSEN | : | |
| Defendant | : | |

**MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)**

The Plaintiff, Snapo Toys, LLC, by and through its undersigned counsel, hereby moves this Honorable Court for an Order authorizing it to serve the Defendant, Carol Sorensen, by international mail in the Cayman Islands pursuant to Federal Rule of Civil Procedure 4(f) for the reasons set forth in its "Brief in Support of Motion for Order Authorizing Service of Process Pursuant to Federal Rule of Civil Procedure 4(f)," which is being filed contemporaneously herewith.

Respectfully submitted,

**BARLEY SNYDER LLP**



By: ______________________________

Kevin A. Moore, Esquire
Attorney I.D. No. 75068
Joseph Falcon, Esquire
Attorney I.D. No. 94658
Thad M. Gelsinger, Esquire
Attorney I.D. No. 208233
2755 Century Boulevard
Wyomissing, PA 19610
610-372-3500
kmoore@barley.com
jfalcon@barley.com
tgelsinger@barley.com
*Attorneys for Plaintiff*