IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SNAPO TOYS, LLC | : | |
| Plaintiff | : | Civil Action No. 26-cv-07419 |
| | : | |
| v. | : | |
| | : | |
| CAROL SORENSEN | : | |
| Defendant | : | |

**ORDER**

AND NOW, this ____ day of ________________, 2026, upon consideration of the Plaintiff's Motion for Order Authorizing Service of Process Pursuant to Federal Rule of Civil Procedure 4 (f), said Motion is hereby GRANTED. The Court authorizes Plaintiff to serve the Defendant, Carol Sorensen, with a copy of the Summons, First Amended Complaint, and this Order by international mail pursuant to Federal Rules of Civil Procedure 4 (f)(1, 4 (f)(2), and 4 (f)(3).

BY THE COURT:

________________________________
JOSEPH F. LEESON, JR.
United States District Judge