**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SNAPO TOYS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:26-cv-07419-JFL |
| CAROL SORENSEN, | : | |
| Defendant. | : | |

**JOINT STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Snapo Toys, LLC ("Plaintiff"), and Defendant, Carol Sorensen ("Ms. Sorensen"), through their undersigned counsel, stipulate and jointly request that the Court approve the following relief:

1. Plaintiff filed this action on September 25, 2026 and filed its First Amended Complaint on October 9, 2026 (ECF No. 7). Plaintiff filed a Motion for Preliminary Injunction on October 16, 2026 (ECF No. 9).

2. The Parties stipulate and agree to the withdrawal without prejudice of the Motion for Preliminary Injunction filed on October 16, 2026 (ECF No. 9).

3. No party waives any claim, counterclaim or defense by entering into this Stipulation.

A proposed form of Order is submitted with this Stipulation.

Dated: November 10, 2026

WALSH PANCIO, LLC

By: /s/ Joseph P. Walsh
Joseph P. Walsh, Esquire
2326 North Broad Street, Suite 200
Colmar, Pennsylvania 18915
(215) 368-8660
joe@walshpancio.com

Michael P. Eddy, Esquire (pro hac vice application to be filed)
Law Office of Michael P. Eddy
12544 High Bluff Drive, Suite 200
San Diego, California 92130
(858) 345-1098
meddy@patent.org

Attorneys for Defendant, Carol Sorensen

Dated: November 10, 2026

BARLEY SNYDER LLP

By: /s/ Thad M. Gelsinger
Thad M. Gelsinger, Esquire
Kevin A. Moore, Esquire
2755 Century Boulevard
Wyomissing, Pennsylvania 19610
tgelsinger@barley.com
kmoore@barley.com

Attorneys for Plaintiff, Snapo Toys, LLC