**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SNAPO TOYS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:26-cv-07419-JFL |
| CAROL SORENSEN, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ____ day of ______________, 2026, upon consideration of the parties' Joint Stipulation to Withdraw Plaintiff's Motion for Preliminary Injunction (ECF No. ___), IT IS HEREBY ORDERED as follows:

1. The Stipulation is APPROVED, and its terms are incorporated into this Order.

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 9) is WITHDRAWN without prejudice, and any hearing on it is VACATED.

BY THE COURT:

______________________________
JOSEPH F. LEESON, JR.
United States District Judge