**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SNAPO TOYS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:26-cv-07419-JFL |
| CAROL SORENSEN, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Sharon M. Baro, a Paralegal in the Law Firm of Barley Snyder LLP, do hereby certify that on November 10, 2026, a true and correct copy of the ***Joint Stipulation to Withdraw Plaintiff's Motion for Preliminary Injunction with proposed Order*** was electronically filed with the United States District Court for the Eastern District of Pennsylvania using its CM/ECF system, which system would then electronically notify and serve the following participants in this case:

Email: **joe@walshpancio.com**
Joseph P. Walsh, Esquire
2326 North Broad Street, Suite 200
Colmar, PA 18915
*(Counsel for Defendant)*

This Certificate is made subject to the penalties of 28 U.S.C. § 1746 relating to unsworn declarations.

**BARLEY SNYDER LLP**

BY: /s/ Sharon M. Baro
Sharon M. Baro, Paralegal
2755 Century Boulevard
Wyomissing, PA 19610
(610) 372-3500

Dated: November 10, 2026