**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SNAPO TOYS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:26-cv-07419-JFL |
| CAROL SORENSEN, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CAROL SORENSEN'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Defendant Carol Sorensen ("Ms. Sorensen"), through her undersigned counsel, moves under Fed. R. Civ. P. 6(b)(1)(A) for an order extending her time to answer, move or otherwise respond to the First Amended Complaint from November 10, 2026 to November 24, 2026. Plaintiff Snapo Toys, LLC ("Plaintiff") does not oppose the motion. In support, Ms. Sorensen states as follows:

1. Plaintiff filed its First Amended Complaint on October 9, 2026 (ECF No. 7). Ms. Sorensen's current deadline to answer, move or otherwise respond to the First Amended Complaint is November 10, 2026.

2. The parties are conferring on a stay of this action under 9 U.S.C. § 3 pending the arbitration Ms. Sorensen has commenced before the American Arbitration Association, AAA Case No. 01-26-0006-3155, and on the withdrawal of Plaintiff's Motion for Preliminary Injunction (ECF No. 9). The parties are also conferring, as paragraph 2 of the Court's Initial Procedural Order (ECF No. 5) requires, on Ms. Sorensen's anticipated motion to stay this action

and compel arbitration. The extension requested here will allow that conference to be completed before any such motion is filed.

3. By email on November 5, 2026, counsel for Plaintiff stated that Plaintiff has no objection to an extension of Ms. Sorensen's time to respond to the First Amended Complaint. By email on November 10, 2026, counsel for Plaintiff confirmed that Plaintiff remains in agreement to that extension and asked that any motion represent Plaintiff's agreement to that specific relief. Plaintiff's agreement is limited to the extension requested in this motion.

4. Good cause exists for the extension. The motion is made before the current deadline expires. This is the first request to extend Ms. Sorensen's time to respond to the First Amended Complaint, and the extension does not change any other deadline or any hearing date in this action.

5. Ms. Sorensen makes this motion without waiving, and expressly preserves, her objections and defenses of lack of personal jurisdiction, insufficient process and insufficient service of process under Fed. R. Civ. P. 12(b)(2), (4) and (5), and her right to compel arbitration under the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4. Plaintiff has not joined in this paragraph.

6. Under paragraph 2 of the Initial Procedural Order, counsel for Ms. Sorensen states that the relief requested in this motion is unopposed.

WHEREFORE, Ms. Sorensen respectfully requests that the Court grant this motion and enter the proposed form of Order submitted with it.

Dated: November 10, 2026

WALSH PANCIO, LLC

BY: /s/ Joseph P. Walsh
Joseph P. Walsh (PA Bar No. 64352)
2326 North Broad Street, Suite 200
Colmar, Pennsylvania 18915
(215) 368-8660
joe@walshpancio.com

Michael P. Eddy (pro hac vice application to be filed)
Law Office of Michael P. Eddy
12544 High Bluff Drive, Suite 200
San Diego, California 92130
(858) 345-1098
meddy@patent.org

***Attorneys for Defendant Carol Sorensen***