**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

SNAPO TOYS, LLC,
Plaintiff,

v.

CAROL SORENSEN,
Defendant.

No. 5:26-cv-7419

# O R D E R

**AND NOW**, this 13th day of November, 2026, upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to the First Amended Complaint, ECF No. 17, **IT IS HEREBY ORDERED THAT:**

1. The motion, ECF 17, is **approved and granted in part and disapproved and denied in part**; and

2. Defendant's deadline to file an Answer to Plaintiff's First Amended Complaint, only, and for no other purpose, is extended through and including November 24, 2026.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge