**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SNAPO TOYS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:26-cv-07419-JFL |
| CAROL SORENSEN, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 13th day of November, 2026, upon consideration of the parties' Joint Stipulation to Withdraw Plaintiff's Motion for Preliminary Injunction (ECF No. 16), **IT IS HEREBY ORDERED as follows**:

1. The Stipulation (ECF No. 16) is **APPROVED**, and its terms are incorporated into this Order.

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 9) is **WITHDRAWN without prejudice.**

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge